```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ALABAMA
                    MIDDLE DIVISION
```

DELTA LIFE INSURANCE CO.,  }
    Plaintiff  }
                     }   CIVIL ACTION NO.
vs.  }
                     }   97-AR-0415-M
NOBIE PEARSON,  }
    Defendant  }

FILED 97 MAR 19 PM 4:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED MAR 19 1997

## Findings of Fact

The court makes the following findings of pertinent fact in the above-entitled cause:

1. Defendant, Nobie Pearson, was served on February 25, 1997, with the summons and complaint filed by plaintiff, Delta Life Insurance Company. The summons required defendant to answer or otherwise respond to the complaint within twenty(20) days.

2. Defendant failed to answer or respond to the complaint within the required time.

3. On March 18, 1997, plaintiff moved pursuant to Rule 55, F.R.Civ.P., for an entry of default, and on March 19, 1997, the Clerk entered default.

4. Defendant's failure timely to respond, followed by an entry of default, constituted an admission by defendant of the material averments of the complaint, all of which are found to be



true, in particular that all premiums have been refunded.

## Conclusions of Law

The court has both subject matter and personal jurisidiction.

The life insurance policy that is the subject of this declaratory judgment action is void as a result of material misrepresentations by the applicant.

An appropriate, declaratory judgment will be entered.

DONE this ___19th___ day of March, 1997.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT COURT

2